# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CORPORATION OF SOUTHERN | ) | Case No. 20-10268-cab |
| VERMONT COLLEGE, INC. | ) | Chapter 7 |
| Debtor. | ) | |

| | | |
|---|---|---|
| Raymond J. Obuchowski, | ) | Adversary Proceeding |
| Chapter 7 Trustee | ) | Case No. 20-01010 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| Moshe Perlstein | | |

## NOTICE OF RESOLUTION OF MOTION FOR TRUST PROCESS

The parties have resolved the issues raised in Plaintiff's Motion for Trustee Process, (Doc #1-6) and herby submit a Stipulated Order of Approval of Trustee Process.

As stated in the proposed Order of Approval, its entry by the Court will resolve all issues which were raised or could have been raised in Plaintiff's Motion for Trustee Process.

The Parties respectfully request that the proposed Stipulated Order of Approval of Trustee Process be signed and entered by the court.

| | |
|---|---|
| Dated at Rutland, Vermont | Dated at Burlington, Vermont |
| this 5th day of November, 2020. | this 5 day of November, 2020. |
| Raymond J. Obuchowski, | Moshe Perlstein, |
| Chapter 7 Trustee | Chapter 7 Trustee |
| by: John J. Kennelly, Esq. | by: Carl Lisman, Esq. |
| Counsel for Plaintiff | Counsel for Defendant |